**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**



STANTELY D. JUSTICE,

                          Plaintiff(s),

                                              Case No. 2:18-cv-03107-TLN-DMC

v.

FIDELIS RECOVERY
MANAGEMENT, LLC

                          Defendant(s).

        I, <u>MARWAN ROCCO DAHER        </u>,  attorney for <u>STANLEY D. JUSTICE  </u>,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule

180(b)(2).  I understand and consent to ECF Registration and Electronic Service as detailed

below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court.

In support of this petition, I state under penalty of perjury that:

        My business address is:

Firm Name:        Sulaiman Law Group, Ltd

Address:        2500 South Highland Avenue, Suite 200

City:        Lombard

State:        IL   ZIP Code: 60148

Voice Phone:        (630) 575-8181 x109

FAX Phone:        (630) 575-8188

Internet E-mail:        mdaher@sulaimanlaw.com

Additional E-mail:        kwadia@sulaimanlaw.com

I reside in City:        Lombard   State:   Illinois

I was admitted to practice in the State of Illinois_____(court)

on _May 2, 2017_____(date).  I am presently in good standing and

eligible to practice in said court.  A certificate of good standing from the court in my state of

primary practice is attached to this application. I am not currently suspended or disbarred in

any other court.

     I  have not concurrently or within the year preceding this application made

a pro hac vice application to this court.  (If you have made a pro hac vice application to this

court within the last year, list the name and case number of each matter in which an

application was made, the date of application and whether granted or denied.)

_____

_____ .

     I hereby designate the following member of the Bar of this Court who is registered for

ECF with whom the Court and opposing counsel may readily communicate regarding the

conduct of the case and upon whom electronic notice shall also be served via the court's ECF

system:

Name:      Nicholas M. Wajda

Firm Name:    Wajda Law Group, PC

Address:     11400 West Olympic Boulevard, Suite 200M

City:       Los Angeles

State:      CA  ZIP Code:90064

Voice Phone:  (310) 997-0471

FAX Phone:  (866) 286-8433

E-mail:     nick@wajdalaw.com


Dated: _1/3/2019_   Petitioner: /s/_____

**ORDER**

IT IS SO ORDERED.

Dated: January 7, 2019

                                             _____
                                             Troy L. Nunley
                                             United States District Judge