MARWAN R. DAHER
mdaher@sulaimanlaw.com
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY D. JUSTICE,<br><br>Plaintiff,<br><br>v.<br><br>FIDELIS RECOVERY MANAGEMENT, LLC,<br><br>Defendant. | Case No. 2:18-cv-03107-TLN-MDC<br><br>**NOTICE OF MOTION AND PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST FIDELIS RECOVERY MANAGEMENT, LLC ON A SUM CERTAIN**<br><br>Date:  October 17, 2019<br><br>Time:  2:00 pm<br><br>Ctrm: 2, 15th Floor<br><br>Judge Troy L. Nunley |

## NOTICE OF MOTION
## OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

PLEASE TAKE NOTICE that on October 17, 2019 at 2:00 PM or as soon thereafter, I shall appear before Judge Troy L. Nunley in Courtroom 2, 15th Floor of the United States District Court for Eastern District of California located at 501 I Street Sacramento, California and present Plaintiff's Motion for Default Judgment.

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST
FIDELIS RECOVERY MANAGEMENT, LLC ON A SUM CERTAIN**

**NOW COMES** Stanley D. Justice ("Plaintiff"), by and through his attorneys, Sulaiman Law Group, Ltd. ("Sulaiman") and pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, requesting that this Honorable Court enter a Default Judgment against Fidelis Recovery Management, LLC ("Defendant") and in support thereof, stating as follows:

1. On November 30, 2018, Plaintiff filed his Complaint for Relief pursuant to the Fair Debt Collection Practices Act ("FDCPA") the Telephone Consumer Protection Act ("TCPA"), and the Rosenthal Fair Debt Collection Practices Act ("RFDCPA") against Defendant.

2. The basis of Plaintiff's Complaint is that Defendant violated the FDCPA, TCPA, and RFDCPA through its collection activities. Specifically, Plaintiff alleges that Defendant engaged in misleading collection activity against Plaintiff to collect on a debt.

3. On February 21, 2019, Lindsey Oldham, a process server, effectuated service on Defendant by serving Lindsey Brunson, the authorized Agent at CT Corporation System.

4. On March 14, 2019, Defendant's time to answer or otherwise please elapsed.

5. On August 5, 2019, after Defendant failed to answer or otherwise plead, Plaintiff caused to be filed a Motion for Entry of Default. Attached to the Motion was an affidavit signed by the undersigned counsel, attesting that service had properly been effectuated and Defendant was not a member of a protected category.

6. On August 28, 2019, a copy of the aforementioned Motion for Entry of Default was delivered to Defendant's registered agent.

7. Plaintiff now moves this Honorable Court to enter a Default Judgment on a Sum Certain against Defendant and in favor of Plaintiff.

8. Defendant is aware of the instant proceedings and has willfully chosen not to formally enter the case despite proper service.

9. Plaintiff seeks damages pursuant to 15 U.S.C. § 1692k(a)(2)(A), 47 U.S.C. §§227(b)(3)(B)&(C), and Cal. Civ. Code § 1788.30(a)&(b), as well as payment of costs and reasonable attorney fees pursuant to 15 U.S.C. § 1692k(a)(3) and Cal. Civ. Code § 1788.30(c).

**STATUTORY DAMAGES**

10. Plaintiff seeks statutory damages of the maximum allowed under the FDCPA, $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A), and $1,500.00 per phone call pursuant to 47 U.S.C. §§ 227(b)(3)(B)&(C).

11. Based on Defendant's conduct, Plaintiff believes this Honorable Court should not hesitate to punish Defendant to the fullest extent of the law. As Plaintiff's Complaint states, Defendant engaged in willfully harassing collection activity. Because Defendant has willfully chosen not to participate in the instant proceedings, it should not be given any benefit of the doubt by this Honorable Court.

12. Furthermore, because of Defendant's conduct constituted a willful violation, Plaintiff seeks statutory damages of the maximum allowed under the TCPA, $1,500.00 per violation, pursuant to $1,500.00 per phone call pursuant to 47 U.S.C. §§ 227(b)(3)(B)&(C). Plaintiff alleges at least 20 separate violations totaling $30,000.00.

13. Defendant has clearly demonstrated a lack of respect for the legal process. It has had clear notice of this lawsuit. Rather than avail itself to the legal process, Defendant has willfully chosen not to participate and as such has waived its right to be given any benefit by this Court.

**ATTORNEY FEES AND COSTS**

14. Plaintiff seeks $4,145.25 in reasonable attorney fees and costs pursuant to 15 U.S.C. § 1692k(a)(3). *See* attached Exhibit A, a true and correct itemization of Plaintiff's reasonable attorney's fees and costs and attached Exhibit B is a true and correct copy of an affidavit endorsed by the undersigned.

**WHEREFORE**, Plaintiff, STANLEY D. JUSTICE, respectfully requests that this Honorable Court enter a judgment in his favor as follows:

    a. Entering a Default Judgment against FIDELIS RECOVERY MANAGEMENT, LLC and in favor of Plaintiff;

    b. Awarding Plaintiff statutory damages of $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A) against FIDELIS RECOVERY MANAGEMENT, LLC and in favor of Plaintiff;

    c. Awarding Plaintiff damages of $1,500.00 per phone call pursuant to 47 U.S.C. §§ 227(b)(3)(B)&(C) against FIDELIS RECOVERY MANAGEMENT, LLC and in favor of Plaintiff;

    d. Awarding Plaintiff $4,145.25 in costs and reasonable attorney fees pursuant to 15 U.S.C. § 1692k(a)(3) against FIDELIS RECOVERY MANAGEMENT, LLC and in favor of Plaintiff;

    e. Allowing judgment interest to be added; and

    f. Awarding any other relief as this Honorable Court deems just and appropriate.

Dated: September 13, 2019                         Respectfully Submitted,

                                                  */s/ Marwan R. Daher*
                                                  Marwan R. Daher
                                                  *Counsel for Plaintiff*
                                                  Sulaiman Law Group, LTD
                                                  2500 S. Highland Ave., Suite 200
                                                  Lombard, Illinois 60148
                                                  Phone: (630) 575-8181
                                                  mdaher@sulaimanlaw.com

**CERTIFICATE OF SERVICE**

    The undersigned, one of the attorneys for Plaintiff, certifies that on September 13, 2019, he caused a copy of the foregoing **PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST FIDELIS RECOVERY MANGEMENT, LLC ON A SUM CERTAIN**, to be served by U.S. Mail, postage prepaid, on:

**Fidelis Recovery Management, LLC**
c/o Registered Agent, CT Corporation System
160 Mine Lake Ct, Suite 200
Raleigh, North Carolina 27615

**Fidelis Recovery Management, LLC**
1841 Piedmont Road, Suite 202
Marietta, Georgia 30066

*s/ Marwan R. Daher*
Marwan R. Daher, Esq.