# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY D. JUSTICE,<br><br>      Plaintiff,<br><br>    v.<br><br>FIDELIS RECOVERY MANAGEMENT, LLC,<br><br>      Defendant. | No. 2:18-CV-3107-TLN-DMC<br><br><br><br>ORDER |

       Plaintiff, who is proceeding with retained counsel, brings this civil action. Pending before the court is plaintiff's counsel's request (ECF No. 12) for leave to appear telephonically for the hearing on plaintiff's motion for default judgment set for October 30, 2019, before the undersigned in Redding, California, at 10:00 a.m. Good cause appearing therefor, plaintiff's counsel's request is granted. Counsel may arrange a telephonic appearance through CourtCall.

       IT IS SO ORDERED.

Dated: October 2, 2019

                                                 DENNIS M. COTA
                                                 UNITED STATES MAGISTRATE JUDGE