# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY D. JUSTICE,<br><br>    Plaintiff,<br><br>    v.<br><br>FIDELIS RECOVERY MANAGEMENT, LLC,<br><br>    Defendant. | No. 2:18-CV-3107-TLN-DMC<br><br><br><br>ORDER |

       Plaintiff, who is proceeding with retained counsel, brings this civil action for violations of the Fair Debt Collection Act, the Telephone Consumer Protection Act, and state law. Pending before the court is plaintiff's motion for entry of default judgment (ECF No. 9). Pursuant to Eastern District of California Local Rule 230(g), the hearing scheduled for October 30, 2019, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

       IT IS SO ORDERED.

Dated: October 28, 2019

                                        DENNIS M. COTA
                                      UNITED STATES MAGISTRATE JUDGE