UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY D. JUSTICE,<br><br>                Plaintiff,<br><br>       v.<br><br>FIDELIS RECOVERY MANAGEMENT, LLC,<br><br>                Defendant. | No.  2:18-cv-03107-TLN-DMC<br><br>**ORDER** |

Plaintiff, who is proceeding with retained counsel, brings this civil action for violation of the Fair Debt Collection Practices Act, the Telephone Consumer Protection Act, and California's Rosenthal Fair Debt Collection Practices Act. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On May 27, 2020, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.        The findings and recommendations filed May 27, 2020, are ADOPTED IN FULL;

  2. Plaintiff's unopposed motion for default judgment (ECF No. 9) is GRANTED;

  3. Plaintiff is awarded $5,145.25 in statutory damages and attorney's fees and costs under the FDCPA; and

  4. The Clerk of the Court is directed to enter judgment and close this case.

DATED: October 6, 2020

                Troy L. Nunley
                United States District Judge