## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**STANLEY D. JUSTICE,**

v.

**FIDELIS RECOVERY MANAGEMENT, LLC,**

**JUDGMENT IN A CIVIL CASE**

CASE NO: **2:18−CV−03107−TLN−DMC**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 10/7/2020**

**Keith Holland**
Clerk of Court

ENTERED: **October 7, 2020**

by: /s/ R. Becknal
Deputy Clerk